**STATE of Missouri, Respondent,**

v.

**Benjamin CARNESOLTAS, Appellant.**

**No. WD 43460.**

Missouri Court of Appeals,
Western District.

Aug. 6, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1991.

Application to Transfer Denied
Nov. 19, 1991.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Public Defender's Office, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and
SHANGLER and ULRICH, JJ.

## ORDER

PER CURIAM:

Benjamin Carnesoltas appeals a conviction following a jury trial for second degree assault, § 565.060.1(2), RSMo 1986, and subsequent sentence as a prior offender to seven years' imprisonment. The conviction is affirmed. Rule 30.25(b).